C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

No. 52897.

Oct. 19, 1972.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction or original jurisdiction.

267 So.2d 213

Robert MATTHEWS

v.

The DEPARTMENT OF CORRECTIONS
et al.

No. 52894.

Oct. 19, 1972.

Writ not considered. This is a civil proceeding, and relator has not shown that he has exhausted his remedy of applying for review in the court of appeal.

267 So.2d 213

STATE of Louisiana ex rel.
Henry D. MODELIST

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.

No. 52896.

Oct. 19, 1972.

Application denied. On the showing made, relator is not entitled to the relief sought.